966 F.2d 1446
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Brian Keith WALLACE, Plaintiff-Appellant,
v.
COMMONWEALTH OF VIRGINIA; Lawrence D. Wilder, Governor;
Mary Sue Terry, Attorney General; Unknown Assistant
Attorneys To the Attorney General Edward W. Murray,
Director, Virginia Department of Corrections; Clarence
Jackson, JR., Chairman, Virginia Parole Board; Virginia
Parole Board, it's members, et al and unknown examiners; E.
L. Pearson, Warden; St. Brides Correctional Center And
Treatment Program Supervisor; St. Brides Correctional
Center; Unknown Inmates Counselors Assigned to St. Brides
Correctional Center; Alton Baskerville, Warden; Deep
Meadow Correctional Center; Bill Iverson, Treatment Program
Supervisor, Defendants-Appellees.
 No. 92-6214.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: May 28, 1992
Decided: July 2, 1992
 
 Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. J. Calvitt Clarke, Jr., Senior District Judge. (CA-92-152-N)
 Brian Keith Wallace, Appellant Pro Se.
 E.D.Va.
 AFFIRMED.
 Before WIDENER, HAMILTON, and LUTTIG, Circuit Judges.
 OPINION
 PER CURIAM:
 
 
 1
 Brian Keith Wallace appeals from the district court's order dismissing his complaint as frivolous within the meaning of 28 U.S.C. § 1915(d) (1988). Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Wallace v. Commonwealth of Virginia, No. CA-92-152-N (E.D. Va. Feb. 25, 1992). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED